IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**PAULA WAMSLEY,**

    **Plaintiff,**

v. // CIVIL ACTION NO. 1:07CV43
        (Judge Keeley)

**LAB CORP, LABORATORY CORPORATION OF AMERICA,**

    **Defendant.**

## ORDER FOLLOWING JULY 6, 2007 HEARING

On July 6, 2007, the Court conducted a motions hearing in the above-styled case. Before the Court was the defendant's motion to dismiss. For the reasons stated on the record, the Court **DEFERRED** ruling on the motion and **ORDERED** the plaintiff to file an amended complaint clarifying her claims on or before **Monday, July 16, 2007**, if at all. The Court further **ORDERED** the plaintiff to file an appropriate response to the defendant's pending motion to dismiss in light of any amendments to the complaint on or before that same day. Finally, the Court **ORDERED** the defendant to file any reply to its motion on or before **Thursday, July 26, 2007.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: July 10, 2007.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE